**Electronically Filed
Supreme Court
SCMF-11-0000729
11-AUG-2015
05:56 PM**

SCMF-11-0000729

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN RE THE JUDICIARY ELECTRONIC FILING AND

SERVICE SYSTEM TECHNICAL ISSUES ON AUGUST 11, 2015

_____

ORDER CONCERNING COMPUTATION OF TIME
(By: Recktenwald, C.J.)

In consideration of technical issues that affected the
Judiciary Electronic Filing and Service System on August 11,
2015, and thereby prevented the electronic filing of some
documents,

IT IS HEREBY ORDERED that the deadline for filing
documents, which were due on August 11, 2015, is extended by one
day to August 12, 2015.  All documents due to have been filed on
August 11, 2015 shall be deemed timely filed if they are filed by
the end of the day on Wednesday, August 12, 2015.

DATED: Honolulu, Hawaiʻi, August 11, 2015.

/s/ Mark E. Recktenwald

Chief Justice

